NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANDRA SUTTON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3147

---

Petition for review of the Merit Systems Protection Board in case no. CH844E090813-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Sandra Sutton's motion for a 14-day extension of time, until November 19, 2010, to file her reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV   8 2010
_____
              Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sandra Sutton
     Sara B. Rearden, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 8 2010

**JAN HORBALY**
**CLERK**